IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                                          CRIMINAL NO. 2:17-cr-31-KS-JCG

ALBERT DIAZ, M.D.

**EXHIBITS TO HEARING HELD**
**FEBRUARY 23, 2018**

| | |
|---|---|
| Joint Exhibit 1 | Proposed Factual Stipulations |
| D-1 | Transcript of Change of Plea Proceedings<br>Gerald Jay Schaar and Jason May<br>July 25, 2017 |
| D-2 | Letter from Jared Hasten, Government Trial Attorney<br>To Defense dated February 22, 2018 |
| D-3 | Memorandum of Interviews of Schaar by U.S. Attorney's Office, 2/14/18, 2/16/18, and 2/20/18 |
| D-4 | Text messages between Agents Songer and Norvell<br>3/28/17 |