IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17-cr-31-KS-JCG

ALBERT DIAZ, M.D.

## VERDICT

We, the jury, unanimously find as follows as to the defendant, **ALBERT DIAZ, M.D.**:

1. **Count One: Conspiracy to Commit Health Care Fraud and Wire Fraud (18 U.S.C. § 1349)**

    As to Count 1 of the Indictment:

    (a)   Conspiracy to Commit Health Care Fraud

    Guilty __X__      Not Guilty _____

    (b)   Conspiracy to Commit Wire Fraud

    Guilty __X__      Not Guilty _____

2. **Counts Two, Three, Four, and Five: Wire Fraud (18 U.S.C. § 1343):**

    As to Count 2 of the Indictment – Beneficiary L.H.

    Guilty __X__      Not Guilty _____

    As to Count 3 of the Indictment – Beneficiary M.C.

    Guilty __X__      Not Guilty _____

    As to Count 4 of the Indictment – Beneficiary S.C.

    Guilty __X__      Not Guilty _____

    As to Count 5 of the Indictment – Beneficiary J.M.

    Guilty __X__      Not Guilty _____

1

3. **Count Six: Conspiracy to Distribute Controlled Substances (21 U.S.C. § 846)**

    As to Count 6 of the Indictment

    Guilty __X__          Not Guilty _____

4. **Counts Seven, Eight, Nine, and Ten: Distribution of Controlled Substance (Ketamine) (21 U.S.C. §841)**

    As to Count 7 of the Indictment – Beneficiary M.H.

    Guilty __X__          Not Guilty _____

    As to Count 8 of the Indictment – Beneficiary L.H.

    Guilty __X__          Not Guilty _____

    As to Count 9 of the Indictment – Beneficiary S.C.

    Guilty __X__          Not Guilty _____

    As to Count 10 of the Indictment – Beneficiary J.M.

    Guilty __X__          Not Guilty _____

5. **Count Eleven: Conspiracy to Obstruct Justice (18 U.S.C. § 371)**

    As to Count 11 of the Indictment

    Guilty __X__          Not Guilty _____

6. **Counts Twelve, Thirteen, Fourteen, Fifteen, and Sixteen: Obstruction of Justice (18 U.S.C. § 1519)**

    As to Count 12 of the Indictment – Beneficiary M.C. – Audit Form

    Guilty __X__          Not Guilty _____

    As to Count 13 of the Indictment – Beneficiary S.C. – Audit Form

    Guilty __X__          Not Guilty _____

As to Count 14 of the Indictment – Beneficiary S.C. – Patient Chart

Guilty __X__          Not Guilty _____

As to Count 15 of the Indictment – Beneficiary L.H. – Audit Form

Guilty __X__          Not Guilty _____

As to Count 16 of the Indictment – Beneficiary L.H. – Patient Chart

Guilty __X__          Not Guilty _____

SO SAY WE ALL, this ____ day of ~~February, 2017~~ MARCH 2, 2018.